IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MISSION TOXICOLOGY, L.L.C., SUN CLINICAL LABORATORY, L.L.C., | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | C.A. No. 5:17-cv-01016 (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE OF FLORIDA, INC., AND UNITED HEALTHCARE SERVICES, INC., | § § § § § § § | |
| Defendants. | § § § | |
| _____ | § § | |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC., UNITEDHEALTHCARE SERVICES, INC., | § § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | C.A. No. 5:18-00347 (consolidated case) |
| MICHAEL MURPHY, M.D., JESSE SAUCEDO, JR., SAMANTHA MURPHY, LYNN MURPHY, JULIE PRICER, MISSION TOXICOLOGY LLC, SUN CLINICAL LABORATORY LLC, SUN ANCILLARY MANAGEMENT LLC, INTEGRITY ANCILLARY MANAGEMENT LLC, ALTERNATE HEALTH LAB, INC., and LMK MANAGEMENT LLC, | § § § § § § § § § § § § | |
| Defendants. | | |

## JOINT ADVISORY

After receiving the Court's March 4, 2019 Order [ECF No. 83], the Parties telephonically

conferred in good faith on March 6 and March 7, 2019. The Parties exchanged multiple proposals and counterproposals to resolve the pending discovery disputes set forth in ECF Nos. 76 and 78. The Parties now jointly notify the Court that they have reached resolution on both disputes, based on the following terms:

### United's Motion for Protective Order – ECF No. 76

The deposition sought by Defendants' current notice was not taken, because United filed a motion for protective order prior to the deposition. *See* FED. R. CIV. P. 37(d)(2). The Defendants' current Rule 30(b)(6) deposition notice will be withdrawn. The Defendants will issue a revised Rule 30(b)(6) notice seeking testimony on the following three topics:

1. Information concerning the involvement of any Individual Defendant with the making of any kickback in whatever form to any medical provider or other referral in relation to any laboratory services which are the subject of this litigation.

2. Information concerning any Individual Defendant falsely claiming to any referral sources that Sun and/or Mission are part of United's network.

3. Information concerning the involvement of any Individual Defendant in billing for testing not performed or not ordered.

Defendants agree that upon the conclusion of these Rule 30(b)(6) depositions, they will not attempt to seek depositions on these topics again during the pendency of this litigation.

Defendants agree that if information is not known to United's Rule 30(b)(6) deponent(s) at the time of the deposition, but becomes known later by anyone in the United employ or United agents after the conclusion of the deposition, United will not be prevented from using such information, or providing testimony based on such information, at trial or any other proceeding in these consolidated cases, if otherwise allowed by the Federal Rules of Evidence and the Court.

Defendants agree that nothing about this deposition or answers given by a witness at the deposition will prevent United from using any documents produced by the Defendants, or

providing testimony based on information in such documents, at trial or any other proceeding in these consolidated cases, if otherwise allowed by the Federal Rules of Evidence and the Court.

United agrees to identify specific dates for the Rule 30(b)(6) deposition on Monday, March 11, 2019, each of which will be within 30 days of that date (i.e., prior to April 10) and the deposition will be held in San Antonio.

Based on these agreed terms, United withdraws ECF No. 76.

**United's Motion for ESI Protocol – ECF No. 78**

Defendants agreed to enter the ESI Protocol proposed by United, with the following modifications:

- Adding to the end of the first paragraph in Section 1, immediately after "("ESI"): ". It is also intended to govern the production format of all documents, files, or information that are produced in this Case going forward from the time this Order is entered. The Parties' agreement to this ESI Protocol is not intended to waive any disputes concerning the form, format, or completeness of any document productions made prior to this Protocol being entered by the Court."

- Adding to the end of Section 4(A): ", or produced in native format with accompanying supporting files, including metadata and text files, as set out more specifically in Section 4(D)(v)."

- Adding "PDF or" in front of "TIFF" in Section 4(B)

A revised copy of the Protocol is attached to this Joint Report as a Proposed ESI Protocol Order.

The Parties will serve on each other (but not file) their respective Exhibits (*e.g.*, A and B) to the Protocol within fourteen days.

Based on these terms, the Parties agree to United's Motion for ESI Protocol, ECF No. 78, and request that the Court enter the Proposed ESI Protocol Order attached to this Joint Advisory.

Respectfully submitted, this 8th day of March, 2019.

By: */S/_JOHN MARKHAM_____*          By: */s/Scott Kerew_____ __*
    JOHN J.E. MARKHAM, II                        SCOTT P. KEREW
*(With Express Permission)*

John J.E. Markham, II
*Admitted Pro Hac Vice*
jmarkham@markhamread.com
Bridget Zerner
*Admitted Pro Hac Vice*
bzerner@markhamread.com
**MARKHAM & READ**
One Commercial Wharf West
Boston, Massachusetts 02110
Telephone: (617) 523-6329
Facsimile: (617) 742-8604

David W. Navarro
State Bar No. 24027683
dnavarro@hfgtx.com
**HORNBERGER FULLER & GARZA INC.**
7373 Broadway, Suite 300
San Antonio, Texas 78209
Telephone: (210) 271-1700
Facsimile: (210) 271-1740

and

Yussuf Abdul Aleem
*Admitted Pro Hac Vice*
yussuf@josephaleem.com
**JOSEPH, ALEEM & SLOWIK, LLC**
1355 Peachtree St. NE, Suite 700
Atlanta, GA 30309
Telephone: (470) 819-7534
Facsimile: (678) 941-9460

*Attorneys for Mission Toxicology, L.L.C., Sun Clinical Laboratory, L.L.C., Michael Murphy, M.D., Jesse Saucedo, Jr., Samantha Murphy, Lynn Murphy, Julie Pricer, Sun Ancillary Management LLC, Integrity Ancillary Management LLC, Alternate Health Lab, Inc., and LMK Management LLC*

Scott Kerew
skerew@wwhgd.com
Adam Sinton
asinton@wwhgd.com
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
Telephone: 404-876-2700
Facsimile: 404-875-9433

and

Andrew G. Jubinsky
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Raymond E. Walker
Texas Bar No. 24037663
ray.walker@figdav.com
**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

*Attorneys for UnitedHealthcare Insurance Company, UnitedHealthcare of Texas, Inc., UnitedHealthcare of Florida, Inc., and United Healthcare Services, Inc.*

---

**JOINT ADVISORY**                                              **Page 4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of March, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David W. Navarro, Esq.
dnavarro@hfgtx.com
David Jed Williams, Esq.
jwilliams@hfgtx.com
Cassandra Garza Matheson, Esq.
cmatheson@hfgtx.com
HORNBERGER FULLER & GARZA INCORPORATED
7373 Broadway, Suite 300
San Antonio, TX  78209

John J.E. Markham, Esq.
jmarkham@markhamread.com
Bridget A. Zerner, Esq.
bzerner@markhamread.com
MARKHAM & READ
One Commercial Wharf West
Boston, MA 02110

Yussuf Abdel-Aleem, Esq.
yussuf@josephaleem.com
Mohamad Ahmad, Esq.
mohamad@josephaleem.com
JOSEPH ALEEM & SLOWIK LLC
1355 Peachtree St. NE, Suite 700
Atlanta, GA 30309

                                                              */s/ Scott P. Kerew*

                                                              _____
                                                              SCOTT P. KEREW, ESQ.

---

**JOINT ADVISORY**                                                                **Page 5**