**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| MISSION TOXICOLOGY, L.L.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al., <br><br> Defendants. | Case No.   5:17-cv-01016 <br> (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MURPHY, M.D., et al., <br><br> Defendants. | Case No.   5:18-cv-00347 <br> (consolidated case) |

**APPENDIX IN SUPPORT OF UNITED'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Tab | Description | Pages |
|---|---|---|
| 1. | Declaration of Jeffrey S. Gleason with descriptions of attached exhibits (as enumerated below): | APP i-xii |
| | 1. Excerpt of the deposition transcript of BeauMed Consultants, LLC | APP 1-11 |
| | 2. Excerpt of the deposition transcript of Daniel Boone | APP 12-35 |
| | 3. Excerpt of the deposition transcript of NuMedica Innovations, LLC | APP 36-40 |
| | 4. Excerpt of the deposition transcript of Randy Dittmar | APP 41-43 |

1

| Tab | Description | Pages |
|---|---|---|
| | 5. Excerpt of the deposition transcript of Lynn Murphy | APP 44-75 |
| | 6. Excerpt of the deposition transcript of Michael Murphy | APP 76-90 |
| | 7. Excerpt of the deposition transcript of Samantha Murphy | APP 91-105 |
| | 8. Excerpt of the deposition transcript of Julie Pricer | APP 106-151 |
| | 9. Excerpt of the deposition transcript of Jesse Saucedo | APP 152-192 |
| | 10. Defendant Sun Clinical Laboratory, LLC's Supplemental Responses to Plaintiff's First Set of Interrogatories | APP 193-217 |
| | 11. Defendant Mission Toxicology, LLC's Responses to Plaintiff's First Set of Interrogatories | APP 218-234 |
| | 12. ONESTOP00000033 | APP 235-243 |
| | 13. SDR 001127 | APP 244-245 |
| | 14. FORT_000498 | APP 246-247 |
| | 15. NM_0002560 | APP 248-251 |
| | 16. FORT_003050 | APP 252 |
| | 17. SDR 005927 | APP 253 |
| | 18. FORT_003016 | APP 254 |
| | 19. FORT_002434 | APP 255 |
| | 20. UHS_Mission00038922 – Declaration of Dr. Contreras | APP 256-259 |
| | 21. UHS_Mission00040512 – 2016 Administrative Guide | APP 260-262 |
| | 22. UHS_Mission00104899 – 2017 Administrative Guide | APP 263-265 |
| | 23. American Arbitration Association Commercial Tribunal Final Award, Case No. 01-17-0006-8253, *Jack County Hospital District, d/b/a Faith Community Hospital v. Blue Cross Blue Shield of Texas, a Division of Health Care Services Corp.* (October 9, 2019) cited in *Jack County Hospital District v. Blue Cross Blue Shield of Texas*, Case No. 4:17-cv-1001 (N.D. Tex. 2019) (Dkt. 24) | APP 266-341 |
| | 24. CTRL0029513 (filed under seal) | APP 342-350 |
| | 25. LD0054438 (filed under seal) | APP 351-358 |
| | 26. LD0103624 (filed under seal) | APP 359-363 |
| | 27. CTRL0029512 (filed under seal) | APP 364-383 |

| Tab | Description | Pages |
|---|---|---|
| | 28. UHS_Mission00004011 – Master Billing Services Agreement | APP 384-418 |
| | 29. LD0062956 (filed under seal) | APP 419-420 |
| | 30. LD0044634 (filed under seal) | APP 421-438 |
| | 31. LD0063840 (filed under seal) | APP 439-456 |
| | 32. LD0210012 (filed under seal) | APP 457-460 |
| | 33. LD0054727 (filed under seal) | APP 461-464 |
| | 34. LD0184739 (filed under seal) | APP 465-467 |
| | 35. LD0248291 (filed under seal) | APP 468-469 |
| | 36. LD0248238 (filed under seal) | APP 470-472 |
| | 37. LD0248054 (filed under seal) | APP 473-477 |
| | 38. LD0228255 (filed under seal) | APP 478-481 |
| | 39. LD0100148 (filed under seal) | APP 482-493 |
| | 40. LD0092118 (filed under seal) | APP 494-505 |
| | 41. CTRL0031580 (filed under seal) | APP 506-526 |
| | 42. CTRL0031692 (filed under seal) | APP 527-537 |
| | 43. CTRL0003789 (filed under seal) | APP 538-547 |
| | 44. UHS_Mission00038253 (filed under seal) – Community Facility Participation Agreement | APP 548-562 |
| | 45. UHS_Mission00038324 (filed under seal) – Community All Payer Appendix | APP 563-568 |
| | 46. UHS_Mission00038926 (filed under seal) – Community Appendix 1 | APP 569-570 |
| | 47. UHS_Mission00036720 (filed under seal) – Newman Facility Participation Agreement | APP 571-592 |
| | 48. LD0135737 (filed under seal) | APP 593-595 |
| | 49. LD0135740 (filed under seal) | APP 596-607 |
| | 50. LD0104470 (filed under seal) | APP 608-611 |
| | 51. LD0209417-LD0209418 (filed under seal) | APP 612-615 |
| | 52. LD0030497 (filed under seal) | APP 616-619 |
| | 53. LD0050968 (filed under seal) | APP 620-622 |

3

| Tab | Description | Pages |
|---|---|---|
| | 54. LD0047502 (filed under seal) | APP 623-627 |
| | 55. LD0175459-LD0175460 (filed under seal) | APP 628-632 |
| | 56. LD0079903-LD0079904 (filed under seal) | APP 633-638 |
| | 57. LD0204991 (filed under seal) | APP 639-640 |
| | 58. LD0107218 (filed under seal) | APP 641-642 |
| | 59. LD0109491 (filed under seal) | APP 643-644 |
| | 60. LD0024615 (filed under seal) | APP 645-646 |
| | 61. LD0024031 (filed under seal) | APP 647-649 |
| | 62. LD0003586 (filed under seal) | APP 650-651 |
| | 63. UHS_Mission00020440 (filed under seal) – Email | APP 652 |
| | 64. UHS_Mission00038815 (filed under seal) – Interview Summary | APP 653-654 |
| | 65. UHS_Mission00038818 (filed under seal) – Interview Summary | APP 655-656 |
| | 66. UHS_Mission00038822 (filed under seal) – Interview Summary | APP 657 |
| | 67. CTRL0002987 (filed under seal) | APP 658-673 |
| | 68. CTRL0022039 (filed under seal) | APP 674-678 |
| | 69. CTRL0024595 (filed under seal) | APP 679-683 |
| | 70. UHS_Mission00040774 (filed under seal) – Claim Form | APP 684-687 |
| | 71. CTRL0057026 (filed under seal) | APP 688-693 |
| | 72. CTRL0041073 (filed under seal) | APP 694-697 |
| | 73. UHS_Mission00038069 (filed under seal) – Claim Form | APP 698-702 |
| | 74. CTRL0057281 (filed under seal) | APP 703-711 |
| | 75. CTRL0041322 (filed under seal) | APP 712-716 |
| | 76. UHS_Mision00040784 (filed under seal) – Claim Form | APP 717-720 |
| | 77. LD0150973 (filed under seal) | APP 721-722 |
| | 78. LD0190761 (filed under seal) | APP 723-724 |
| | 79. LD0190656 (filed under seal) | APP 725-727 |
| | 80. Excerpt of the rough deposition transcript of Alejandro Mora (filed under seal) | APP 728-730 |
| 2 | Declaration of Brian Welter in Support of United's Motion for Partial Summary Judgment | APP 731-733 |

5

| Tab | Description | Pages |
|---|---|---|
| 3 | Declaration of R. Dean Graves (filed under seal) | APP 734-738 |
| 4 | Declaration of Jennifer A. Shimek in Support of United's Motion for Partial Summary Judgment (filed under seal) | APP 739-742 |

Dated:   January 31, 2020

Respectfully submitted,

By: /s/ Timothy A. Daniels
Jeffrey S. Gleason
*Admitted Pro Hac Vice*
jgleason@robinskaplan.com
Jamie R. Kurtz
*Admitted Pro Hac Vice*
jkurtz@robinskaplan.com
William Bornstein
*Admitted Pro Hac Vice*
wbornstein@robinskaplan.com
Nathaniel J. Moore
*Admitted Pro Hac Vice*
nmoore@robinskaplan.com
Charles C. Gokey
*Admitted Pro Hac Vice*
cgokey@robinskaplan.com
Ena M. Kovacevic
*Admitted Pro Hac Vice*
ekovacevic@robinskaplan.com

**Robins Kaplan LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

and

Andrew G. Jubinsky
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Timothy A. Daniels
Texas Bar No. 24037663
tim.daniels@figdav.com
**Figari + Davenport, LLP**
901 Main Street, Suite 3400
Dallas, TX 75202-3796
Telephone: (214) 939-2000
Facsimile: (214) 939-2030

*Attorneys for UnitedHealthcare Insurance
Company, UnitedHealthcare of Texas, Inc.,
UnitedHealthcare of Florida, Inc., and United
Healthcare Services, Inc.*

6

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2020, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John J.E. Markham, Esq.
jmarkham@markhamread.com
Bridget A. Zerner, Esq.
bzerner@markhamread.com
**MARKHAM & READ**
One Commercial Wharf West
Boston, MA 02110

/s/ *Timothy A. Daniels*
Timothy A. Daniels