**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| MISSION TOXICOLOGY, L.L.C., et al.,<br><br>     Plaintiffs,<br><br>         v.<br><br>UNITEDHEALTHCARE INSURANCE<br>COMPANY, INC., et al.,<br><br>     Defendants. | Case No.   5:17-cv-01016<br>              (lead case) |
| UNITEDHEALTHCARE INSURANCE<br>COMPANY, INC., et al.,<br><br>     Plaintiffs,<br><br>         v.<br><br>MICHAEL MURPHY, M.D., et al.,<br><br>     Defendants. | Case No.   5:18-cv-00347<br>              (consolidated case) |

**APPENDIX IN SUPPORT OF UNITED'S RENEWED MOTION
TO COMPEL MICHAEL MURPHY TO PRODUCE FINANCIAL
DOCUMENTS AND FOR FEES AND COSTS**

| Tab | Description | Pages |
|---|---|---|
| A. | Declaration of William Bornstein with exhibits (Filed Under Seal): | APP 1-5 |
| | Exhibit 1: January 9, 2020 letter (Filed Under Seal) | APP 6-13 |
| | Exhibit 2: January 12, 2020 email (Filed Under Seal) | APP 14-20 |
| | Exhibit 3: January 21, 2020 email exchange (Filed Under Seal) | APP 21-23 |
| | Exhibit 4: January 30, 2020 email exchange (Filed Under Seal) | APP 24-26 |
| | Exhibit 5: February 28, 2020 email (Filed Under Seal) | APP 27-33 |

| Tab | Description | Pages |
|-----|-------------|-------|
| | | |
| B. | Declaration of R. Dean Graves with exhibits (Filed Under Seal) | APP 34-37 |
| | Exhibit 1: Summary (Filed Under Seal) | APP 38-39 |
| | Exhibit 2: Summary (Filed Under Seal) | APP 40-41 |

Dated: March 4, 2020

Respectfully submitted,

By:     *s/William Bornstein*
        Jeffrey S. Gleason
        *Admitted Pro Hac Vice*
        jgleason@robinskaplan.com
        Jamie R. Kurtz
        *Admitted Pro Hac Vice*
        jkurtz@robinskaplan.com
        William Bornstein
        *Admitted Pro Hac Vice*
        wbornstein@robinskaplan.com
        Nathaniel J. Moore
        *Admitted Pro Hac Vice*
        nmoore@robinskaplan.com
        Charles C. Gokey
        *Admitted Pro Hac Vice*
        cgokey@robinskaplan.com
        Ena M. Kovacevic
        *Admitted Pro Hac Vice*
        ekovacevic@robinskaplan.com

        **ROBINS KAPLAN LLP**
        800 LaSalle Avenue, Suite 2800
        Minneapolis, MN 55402-2015
        Telephone: (612) 349-8500
        Facsimile: (612) 339-4181

        Andrew G. Jubinsky
        Texas Bar No. 11043000
        andy.jubinsky@figdav.com
        Timothy A. Daniels
        Texas Bar No. 24037663
        tim.daniels@figdav.com

**FIGARI + DAVENPORT LLP**
901 Main Street, Suite 3400
Dallas, TX 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

*Counsel for UnitedHealthcare Insurance*
*Company and United Healthcare Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 4th day of March, 2020, I electronically filed with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

John J.E. Markham, Esq.
jmarkham@markhamread.com
Bridget A. Zerner, Esq.
bzerner@markhamread.com
**MARKHAM & READ**
One Commercial Wharf West
Boston, MA 02110


*/s/ William Bornstein*