UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION TOXICOLOGY, LLC., and SUN CLINICAL LABORATORY, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE OF FLORIDA, INC., and UNITEDHEALTHCARE SERVICES, INC.,<br><br>*Defendants.* | No. 5:17-CV-01016- DAE (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC. and UNITEDHEALTHCARE SERVICES, INC.<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MURPHY, M.D., JESSE SAUCEDO, JR., SAMANTHA MURPHY, LYNN MURPHY, JULIE PRICER, MISSION TOXICOLOGY, LLC, SUN CLINICAL LABORATORY, LLC, SUN ANCILLARY MANAGEMENT, LLC, INTEGRITY ANCILLARY MANAGEMENT, LLC, ALTERNATE HEALTH LAB, INC., AND LMK MANAGEMENT, LLC,<br><br>*Defendants*. | No. 5:18-CV-00347-DAE (consolidated case) |

---

**LABS' AND LAB DEFENDANTS' APPENDIX
IN SUPPORT OF OPPOSITIONS TO
UNITED'S MOTIONS FOR SUMMARY JUDGMENT**

---

Pursuant to Local Court Rule CV-7(d)(1), Plaintiffs in Lead Case, Mission Toxicology, LLC and Sun Clinical Laboratory, LLC and Lab Defendants in the Consolidated Case submit the following appendix of declarations and exhibits in support of their both their Opposition to United's Motion for Summary Judgment on the Labs' ERISA Benefits Claim (Dkt. No 170) and their Opposition to United's Motion for Partial Summary Judgment (Dkt. No 173).

| **Ex.** | **Description** | **Appendix Pages** |
|---|---|---|
| | Declaration of Dr. Michael Murphy | -- |
| | Declaration of Lynn Murphy | -- |
| | Declaration of Jesse Saucedo | -- |
| | Declaration of Randy Dittmar | -- |
| | Declaration of Bridget Zerner, Esq. | -- |
| **A.** | Emails, 9/26/2016 (LD0104371) | LDAPP 1 |
| **B.** | Emails, 9/28/2016 (LD0104406) | LDAPP 2 |
| **C.** | Letter from Golden Rule, 5/5/2017 (LD0108765) | LDAPP 3 |
| **D.** | Sun's Summary of Private Offering for Series 8 Class A<br>**FILED UNDER SEAL** | LDAPP 4 – LDAPP 20 |
| **E.** | Sun's Series 8 Class A Subscription Agreement<br>**FILED UNDER SEAL** | LDAPP 21 – LDAPP 33 |
| **F.** | Sun's Summary of Private Offering for Series 8 Class C<br>**FILED UNDER SEAL** | LDAPP 34 – LDAPP 48 |
| **G.** | Sun's Series 8 Class C Subscription Agreement<br>**FILED UNDER SEAL** | LDAPP 49 – LDAPP 61 |
| **H.** | Certificate of Designation Establishing Series 8 of Sun Clinical Laboratory, LLC<br>**FILED UNDER SEAL** | LDAPP 62 – LDAPP 70 |

| | | |
|---|---|---|
| **I.** | Regulation D filing for Series 8 | LDAPP 71 – LDAPP 79 |
| **J.** | Physician Disclosure Notice | LDAPP 80 |
| **K.** | Sun Clinical Laboratory Letter of Termination for Noncompliance | LDAPP 81 |
| **L.** | CMS/NUBC Guidelines | LDAPP 82 – LDAPP 105 |
| **M.** | Spreadsheet of Audited Claims Paid by United during Lab Outreach Program | LDAPP 106 – LDAPP 141 |
| **N.** | Audit Response – Mission – Accession No. MT1612200421 **FILED UNDER SEAL** | LDAPP 142 – LDAPP 148 |
| **O.** | Audit Response – Mission – Accession No. MNB1612290118 **FILED UNDER SEAL** | LDAPP 149 – LDAPP 152 |
| **P.** | Audit Response – Sun – Accession No. SNB00053120 **FILED UNDER SEAL** | LDAPP 153 – LDAPP 156 |
| **Q.** | Audit Response – Sun – Accession No. SNB00053605 **FILED UNDER SEAL** | LDAPP 157 – LDAPP 161 |
| **R.** | Audit Response – Sun – Accession No. SNT00065213 **FILED UNDER SEAL** | LDAPP 162 – LDAPP 166 |
| **S.** | Audit Response – Sun – Accession No. SNB00066151 **FILED UNDER SEAL** | LDAPP 167 – LDAPP 173 |
| **T.** | Emails, 1/23/2017 to 2/10/2017 (LD0149168) | LDAPP 174 – LDAPP 183 |
| **U.** | Integrity Correspondence Report Entry (LD0247877) | LDAPP 184 |
| **V.** | Examples of Appeals of Denied Claims Submitted to United **FILED UNDER SEAL** | LDAPP 185 – LDAPP 302 |
| **W.** | Spreadsheet of Appeals Submitted to United during the Lab Outreach Program | LDAPP 303 – LDAPP 594 |
| **X.** | Management Services Agreement between Sun Clinical Laboratory, LLC and Integrity Ancillary Management, LLC | LDAPP 595 – LDAPP 601 |
| **Y.** | Non-Recourse Assignment of Claims from Newman Memorial Hospital | LDAPP 602 – LDAPP 605 |

| | | |
|---|---|---|
| **Z.** | September 27, 2016 letter from Newman Memorial Hospital to Aetna | LDAPP 606 – LDAPP 607 |
| **AA.** | News Article, published June 12, 2017 by Woodward News of Oklahoma | LDAPP 608 – LDAPP 610 |
| **BB.** | Excerpts of United's 2016 and 2017 Administrative Guides | LDAPP 611 – LDAPP 615 |
| **CC.** | Excerpts from the Deposition of Michael Wray | LDAPP 616 – LDAPP 629 |
| **DD.** | Excerpts from the Deposition of Dr. Michael Murphy | LDAPP 630 – LDAPP 645 |
| **EE.** | Excerpts from the Deposition of Sun Clinical Laboratory, LLC – Dr. Michael Murphy (Rule 30(b)(6) Representative) | LDAPP 646 – LDAPP 652 |
| **FF.** | Excerpts from the Deposition of Jesse Saucedo | LDAPP 653 – LDAPP 662 |
| **GG.** | Excerpts from the Deposition of Lynn Murphy | LDAPP 663 – LDAPP 673 |
| **HH.** | Excerpts from the Deposition of Samantha Murphy | LDAPP 674 – LDAPP 678 |
| **II.** | Excerpts from the Deposition of Gary Ayres | LDAPP 679 – LDAPP 693 |
| **JJ.** | Excerpts from the Deposition of Gregory Milo Caskey (for NuMedica Innovations, LLC) | LDAPP 694 – LDAPP 700 |
| **KK.** | Excerpts from the Deposition of Daniel Boone | LDAPP 701 – LDAPP 704 |
| **LL.** | Excerpts from the Deposition of Charles Beauford (for BeauMed Consultants, LLC) | LDAPP 705 – LDAPP 707 |
| **MM.** | Declarations of Marketers Involved in Lab Outreach Program: Daniel Boone, Jeffrey Mendler, Juan Delgado, Dan Dood, Charles Coleman | LDAPP 708 – LDAPP 718 |
| **NN.** | Excerpts from the transcript of the deposition of David Wanger **FILED UNDER SEAL** | LDAPP 719 – LDAPP 735 |
| **OO.** | Excerpts from the transcript of the deposition of Michelle Waggoner, former CEO of Community Memorial Hospital **FILED UNDER SEAL** | LDAPP 736 – LDAPP 758 |
| **PP.** | Excerpts of the deposition of Matthew Doran, UnitedHealthCareOne SIU Investigator **FILED UNDER SEAL** | LDAPP 759 – LDAPP 780 |

| | | |
|---|---|---|
| **QQ.** | Emails with attachments, 4/7 to 4/10/2017 (Deposition Exhibit 319)<br>**FILED UNDER SEAL** | LDAPP 781 – LDAPP 832 |
| **RR.** | Excerpts from the Deposition of Brian Welter<br>**FILED UNDER SEAL** | LDAPP 833 – LDAPP 847 |
| **SS.** | Excerpts from the Deposition of Dr. Edward Nash<br>**FILED UNDER SEAL** | LDAPP 848 – LDAPP 863 |
| **TT.** | Amendment to the Facility Participation Agreement between Newman Memorial Hospital and United effective December 15, 2017<br>**FILED UNDER SEAL** | LDAPP 864 – LDAPP 914 |
| **UU.** | Facility Participation Agreement between Community Memorial Hospital and United effective on June 1, 2018<br>**FILED UNDER SEAL** | LDAPP 915 – LDAPP 944 |
| **VV.** | Emails (UHS0003900-3901)<br>**FILED UNDER SEAL** | LDAPP 945 – LDAPP 946 |
| **WW.** | Emails (UHS00036760) (Deposition Exhibit 175)<br>**FILED UNDER SEAL** | LDAPP 947 |
| **XX.** | Emails (UHS00036523) (Deposition Exhibit 216)<br>**FILED UNDER SEAL** | LDAPP 948 – LDAPP 949 |
| **YY.** | United Correspondence and Testimony Concerning Investigation into Lab Outreach Program<br>**FILED UNDER SEAL** | LDAPP 950 – LDAPP 970 |
| **ZZ.** | Excerpts from the Deposition of Dr. Edward Nash (second set)<br>**FILED UNDER SEAL** | LDAPP 971- LDAPP 983 |

Dated: March 9, 2020

Respectfully submitted,

MARKHAM & READ
*/s/ John J.E. Markham, II*
John J.E. Markham, II (MA BBO No. 638579)
Bridget A. Zerner (MA BBO No. 669468)
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
jmarkham@markhamread.com

bzerner@markhamread.com
*Counsel for Defendants (Pro Hac Vice)*

HORNBERGER FULLER & GARZA
INCORPORATED
David W. Navarro
Cassie Garza Matheson
David Jed Williams
7373 Broadway, Suite 300
San Antonio, Texas 78209
Tel: (210) 271-1700
dnavarro@hfgtx.com
cmatheson@hfgtx.com
jwilliams@hfgtx.com
*Local Counsel for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2020, that the foregoing document and the accompanying declarations and exhibits were served on all counsel of record by electronic mail through the CM/ECF system.

By: /s/ *John J.E. Markham,*
John J.E. Markham, II
MARKHAM & READ
*Admitted Pro Hac Vice*