UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION TOXICOLOGY, LLC., and SUN CLINICAL LABORATORY, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE OF FLORIDA, INC., and UNITEDHEALTHCARE SERVICES, INC.,<br><br>*Defendants.* | No. 5:17-CV-01016- DAE (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC. and UNITEDHEALTHCARE SERVICES, INC.<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MURPHY, M.D., JESSE SAUCEDO, JR., SAMANTHA MURPHY, LYNN MURPHY, JULIE PRICER, MISSION TOXICOLOGY, LLC, SUN CLINICAL LABORATORY, LLC, SUN ANCILLARY MANAGEMENT, LLC, INTEGRITY ANCILLARY MANAGEMENT, LLC, ALTERNATE HEALTH LAB, INC., AND LMK MANAGEMENT, LLC,<br><br>*Defendants*. | No. 5:18-CV-00347-DAE (consolidated case) |

---

**DECLARATION OF BRIDGET A. ZERNER, ESQ.**

---

I, Bridget A. Zerner, declare as follows:

1. I am an attorney at the law firm Markham & Read, counsel for Plaintiffs Mission Toxicology, LLC and Sun Clinical Laboratory, LLC in the Lead Case and for Defendants Mission Toxicology, LLC ("Mission"), Sun Clinical Laboratory, LLC ("Sun"), Sun Ancillary Management, LLC ("SAM"), Integrity Ancillary Management, LLC ("IAM"), Alternate Health Labs, Inc. ("AHL"), LMK Management, LLC ("LMK"), Michael Murphy, M.D., Jesse Saucedo, Jr., Samantha Murphy, Lynn Murphy, Julie Pricer in Consolidated Case No. 5:18-CV-00347-DAE. The facts stated herein are based upon my own personal knowledge and if called upon to do so I could and would testify competently to the statements set forth below.

2. Attached as **Exhibit Z** is a true and accurate copy of a September 27, 2016 letter from Newman Memorial Hospital to Aetna.

3. Attached as **Exhibit AA** is a true and accurate copy of a News Article, published June 12, 2017 by Woodward News of Oklahoma.

4. Attached as **Exhibit BB** is a true and accurate copy Excerpts of United's 2016 and 2017 Administrative Guides

5. Attached as **Exhibit CC** is a true and accurate copy of Excerpts from the Deposition of Michael Wray.

6. Attached as **Exhibit DD** is a true and accurate copy of Excerpts from the Deposition of Dr. Michael Murphy

7. Attached as **Exhibit EE** is a true and accurate copy of Excerpts from the Deposition of Sun Clinical Laboratory, LLC – Dr. Michael Murphy (Rule 30(b)(6) Representative)

8. Attached as **Exhibit FF** is a true and accurate copy of Excerpts from the

Deposition of Jesse Saucedo.

9. Attached as **Exhibit GG** is a true and accurate copy of Excerpts from the Deposition of Lynn Murphy.

10. Attached as **Exhibit HH** is a true and accurate copy of Excerpts from the Deposition of Samantha Murphy.

11. Attached as **Exhibit II** is a true and accurate copy of Excerpts from the Deposition of Gary Ayres

12. Attached as **Exhibit JJ** is a true and accurate copy of Excerpts from the Deposition of Gregory Milo Caskey (for NuMedica Innovations, LLC)

13. Attached as **Exhibit KK** is a true and accurate copy of Excerpts from the Deposition of Daniel Boone.

14. Attached as **Exhibit LL** is a true and accurate copy Excerpts from the Deposition of Charles Beauford (for BeauMed Consultants, LLC).

15. Attached as **Exhibit MM** is a true and accurate copy of Declarations of Marketers Involved in Lab Outreach Program: Daniel Boone, Jeffrey Mendler, Juan Delgado, Dan Dood, Charles Coleman.

16. Attached as **Exhibit NN** is a true and accurate copy of Excerpts from the transcript of the deposition of David Wanger. FILED UNDER SEAL.

17. Attached as **Exhibit OO** is a true and accurate copy of Excerpts from the transcript of the deposition of Michelle Waggoner, former CEO of Community Memorial Hospital. FILED UNDER SEAL.

18. Attached as **Exhibit PP** is a true and accurate copy of Excerpts of the deposition of Matthew Doran, UnitedHealthCareOne SIU Investigator. FILED UNDER SEAL.

19. Attached as **Exhibit QQ** is a true and accurate copy of Emails with attachments, 4/7 to 4/10/2017 (Deposition Exhibit 319). The documents in this exhibit were included in documents produced by United in this litigation with the Bates numbering UHS_Mission00017942 to UHS_Mission00017943.50. FILED UNDER SEAL.

20. Attached as **Exhibit RR** is a true and accurate copy of Excerpts from the Deposition of Brian Welter. FILED UNDER SEAL.

21. Attached as **Exhibit SS** is a true and accurate copy of Excerpts from the Deposition of Dr. Edward Nash. FILED UNDER SEAL.

22. Attached as **Exhibit TT** is a true and accurate copy of Amendment to the Facility Participation Agreement between Newman Memorial Hospital and United effective December 15, 2017 which was produced by United in this litigation and represented by United's counsel to be United's amended contract with Newman. FILED UNDER SEAL.

23. Attached as **Exhibit UU** is a true and accurate copy of Facility Participation Agreement between Community Memorial Hospital and United effective on June 1, 2018, after the Lab Outreach Program was terminated, which was produced by United in this litigation and represented by United's counsel to be United's amended contract with United (marked as Deposition Exhibit 174). FILED UNDER SEAL.

24. Attached as **Exhibit VV** is a true and accurate copy of Emails (produced by United at UHS0003900-3901). FILED UNDER SEAL.

25. Attached as **Exhibit WW** is a true and accurate copy of Emails (produced by United at UHS00036760) (Deposition Exhibit 175). FILED UNDER SEAL.

26. Attached as **Exhibit XX** is a true and accurate copy of Emails (produced by United at UHS00036523) (Deposition Exhibit 216). FILED UNDER SEAL.

27. Attached as **Exhibit YY** is a true and accurate copy of United Correspondence and Testimony Concerning Investigation into Lab Outreach Program. FILED UNDER SEAL.

28. Attached as **Exhibit ZZ** is a true and accurate copy of Excerpts from the Deposition of Dr. Edward Nash (second set). FILED UNDER SEAL.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of March, 2020, in Boston, Massachusetts.

*/s/ Bridget A. Zerner*
Bridget A. Zerner (MA BBO No. 669468)