UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION TOXICOLOGY, LLC., and SUN CLINICAL LABORATORY, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE OF FLORIDA, INC., and UNITEDHEALTHCARE SERVICES, INC.,<br><br>*Defendants.* | No. 5:17-CV-01016- DAE (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC. and UNITEDHEALTHCARE SERVICES, INC.<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MURPHY, M.D., JESSE SAUCEDO, JR., SAMANTHA MURPHY, LYNN MURPHY, JULIE PRICER, MISSION TOXICOLOGY, LLC, SUN CLINICAL LABORATORY, LLC, SUN ANCILLARY MANAGEMENT, LLC, INTEGRITY ANCILLARY MANAGEMENT, LLC, ALTERNATE HEALTH LAB, INC., AND LMK MANAGEMENT, LLC,<br><br>*Defendants*. | No. 5:18-CV-00347-DAE (consolidated case) |

**DECLARATION OF DANIEL BOONE**

I, ___Dan Boone___________________, declare as follows:

1. I am over the age of 18 years, I am not a party to this case, and I am otherwise fit and competent to make this Declaration. The facts stated herein are based upon my own personal knowledge and if called upon to do so I could and would testify competently to the statements set forth below.

2. I am totally aware that Newman Hospital and Community Memorial Hospital or (CMH) that through their Laboratory Out Reach Program was billing the Lab tests and in certain on occasions they would work with a another vendor or lab to Sub Contract it out because they have exceeded their capacity or look at other labs that were vetted out to handle there over flow, in which in all circumstances the sub contracted labs and lab tests were always run by Alternate Health Lab on behalf of Sun Clinical Laboratory and /or Mission Toxicology whom managed the process.

3. I would additionally want to say to the best of my knowledge that Providers that were engaged in the Laboratory Outreach Program had been briefed that the hospitals listed above on line 2, that the that the billing for the tests were under their contracts. In which the Providers that were engaging in the Hospital Outreach Program through Mission Toxicology and Sun Clinical Laboratory's was always briefed of the processes and that Mission Toxicology as well of Sun Clinical Laboratory managed their testing needs .

4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __5__th day of March, 2020 in __Derby,

Kansas________________________

Name:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION TOXICOLOGY, LLC., and SUN CLINICAL LABORATORY, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE OF FLORIDA, INC., and UNITEDHEALTHCARE SERVICES, INC.,<br><br>*Defendants.* | No. 5:17-CV-01016- DAE (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC. and UNITEDHEALTHCARE SERVICES, INC.<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MURPHY, M.D., JESSE SAUCEDO, JR., SAMANTHA MURPHY, LYNN MURPHY, JULIE PRICER, MISSION TOXICOLOGY, LLC, SUN CLINICAL LABORATORY, LLC, SUN ANCILLARY MANAGEMENT, LLC, INTEGRITY ANCILLARY MANAGEMENT, LLC, ALTERNATE HEALTH LAB, INC., AND LMK MANAGEMENT, LLC,<br><br>*Defendants*. | No. 5:18-CV-00347-DAE (consolidated case) |

**DECLARATION OF JEFFREY MENDLER**

I, Jeffrey Mendler affirm the following:

1. I am over the age of 18 years. I am not a party to the matter detailed above. I am of able-body and mind to make this Declaration. The facts stated below are based on my own personal knowledge; and, if called upon could testify competently to the statements set forth below.

2. I was aware that both Newman Hospital and Community Memorial Hospital were performing laboratory testing services through their own Laboratory Outreach Programs. I was made aware and fully informed that not all testing was performed in the actual hospital laboratories as they may have lacked the specific analytical equipment and/or laboratory efficiency / capability to perform all of the testing in-house. As is common practice with hospitals, these two organizations contracted with outside reference laboratories to best accommodate the requested testing. It was my understanding that the contracted lab tests were being referenced to Alternate Health Lab which was managed by Mission Toxicology and Sun Clinical Laboratory.

3. Any and all providers for whom I facilitated coordination and set up of laboratory services through the Laboratory Outreach Programs of Newman Hospital and Community Memorial Hospital were made aware that any and all billing was through the payer contracts of that specific hospital. All providers chose to utilize the specific hospital as their reference laboratory based on their dissatisfaction with their previous laboratory relationship and experience of better accuracy, efficiency, and customer service through the Laboratory Outreach Program relationship.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed this 3rd day of March, 2020 in New Orleans, LA.

Name: JEFFREY MENDLER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION TOXICOLOGY, LLC., and SUN CLINICAL LABORATORY, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE OF FLORIDA, INC., and UNITEDHEALTHCARE SERVICES, INC.,<br><br>*Defendants.* | No. 5:17-CV-01016- DAE (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC. and UNITEDHEALTHCARE SERVICES, INC.<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MURPHY, M.D., JESSE SAUCEDO, JR., SAMANTHA MURPHY, LYNN MURPHY, JULIE PRICER, MISSION TOXICOLOGY, LLC, SUN CLINICAL LABORATORY, LLC, SUN ANCILLARY MANAGEMENT, LLC, INTEGRITY ANCILLARY MANAGEMENT, LLC, ALTERNATE HEALTH LAB, INC., AND LMK MANAGEMENT, LLC,<br><br>*Defendants*. | No. 5:18-CV-00347-DAE (consolidated case) |

**DECLARATION OF JUAN DELGADO**

I, Juan Delgado, declare as follows:

1. I am over the age of 18 years, I am not a party to this case, and I am otherwise fit and competent to make this Declaration. The facts stated herein are based upon my own personal knowledge and if called upon to do so I could and would testify competently to the statements set forth below.

2. As a 1099 contractor, I marketed lab services through and provided by Mission Toxicology.

3. I marketed in-network blood and urine testing to local area physicians through critical access rural hospitals seeking to grow their laboratory outreach programs. It was explained to these physicians that their lab reports would show the participating hospitals (Newman Memorial and CMH).

4. To the best of my recollection this is how Mission Toxicology was represented and conducted their day to day business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of March 2020 in San Antonio, Texas.

Juan Delgado
Name:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION TOXICOLOGY, LLC., and SUN CLINICAL LABORATORY, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE OF FLORIDA, INC., and UNITEDHEALTHCARE SERVICES, INC.,<br><br>*Defendants.* | No. 5:17-CV-01016- DAE (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC. and UNITEDHEALTHCARE SERVICES, INC.<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MURPHY, M.D., JESSE SAUCEDO, JR., SAMANTHA MURPHY, LYNN MURPHY, JULIE PRICER, MISSION TOXICOLOGY, LLC, SUN CLINICAL LABORATORY, LLC, SUN ANCILLARY MANAGEMENT, LLC, INTEGRITY ANCILLARY MANAGEMENT, LLC, ALTERNATE HEALTH LAB, INC., AND LMK MANAGEMENT, LLC,<br><br>*Defendants*. | No. 5:18-CV-00347-DAE (consolidated case) |

**DECLARATION OF DAN DOOD**

I, Dan Dood declare as follows:

1. I am over the age of 18 years, I am not a party to this case, and I am otherwise fit and competent to make this Declaration. The facts stated herein are based upon my own personal knowledge and if called upon to do so I could and would testify competently to the statements set forth below.

2. I was aware that Newman Hospital and Community Memorial Hospital through their Laboratory Outreach Program were billing for lab tests that in some cases that they subcontracted out because they didn't have the ability to run them either because of capacity or analytical capability. These subcontracted lab tests were run by Alternate Health Lab which was managed by Mission Toxicology and Sun Clinical Laboratory.

3. Additionally, those Providers' utilizing the Laboratory Outreach Program were aware that the aforementioned Hospitals were the billing for the tests under their contracts. The Providers' chose to use the Outreach Program because of their dissatisfaction with their previous lab relationships and because of the quality client service provided Mission Toxicology and Sun Clinical Laboratory's management of their testing needs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of March, 2020 in Blanchard, MI.

Dan Dood

Name:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION TOXICOLOGY, LLC., and SUN CLINICAL LABORATORY, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE OF FLORIDA, INC., and UNITEDHEALTHCARE SERVICES, INC.,<br><br>*Defendants.* | No. 5:17-CV-01016- DAE (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC. and UNITEDHEALTHCARE SERVICES, INC.<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MURPHY, M.D., JESSE SAUCEDO, JR., SAMANTHA MURPHY, LYNN MURPHY, JULIE PRICER, MISSION TOXICOLOGY, LLC, SUN CLINICAL LABORATORY, LLC, SUN ANCILLARY MANAGEMENT, LLC, INTEGRITY ANCILLARY MANAGEMENT, LLC, ALTERNATE HEALTH LAB, INC., AND LMK MANAGEMENT, LLC,<br><br>*Defendants*. | No. 5:18-CV-00347-DAE (consolidated case) |

**DECLARATION OF CHARLES COLEMAN**

I, Charles Coleman, declare as follows:

1. I am over the age of 18 years, I am not a party to this case, and I am otherwise fit and competent to make this Declaration. The facts stated herein are based upon my own personal knowledge and if called upon to do so I could and would testify competently to the statements set forth below.

2. I was informed that Mission Toxicology and Sun Clinical Laboratory managed Alternate Health Lab which was subcontracted with Community Memorial Hospital and Newman Hospital to help them in running a Hospital Outreach Program

3. My accounts were fully informed of the participation in a Hospital Outreach program providing in-network solution and providing excellent quantitative and qualitative results and customer service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of March, 2020 in Texas

DocuSigned by:
0F62E846E50F4E5...

Name: Charles Coleman