**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| MISSION TOXICOLOGY, L.L.C., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al.,<br><br>Defendants. | Case No. 5:17-cv-01016 (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MURPHY, M.D., et al.,<br><br>Defendants. | Case No. 5:18-cv-00347 (consolidated case) |

**[PROPOSED] ORDER ON UNITED'S MOTION TO STRIKE "DECLARATIONS OF MARKETERS INVOLVED IN LAB OUTREACH PROGRAM"**

This matter is before the Court on United's Motion to Strike "Declarations of Marketers Involved in Lab Outreach Program." Having reviewed the parties' respective filings and heard the arguments of counsel, and for good cause shown, it is

**ORDERED** that the Motion shall be, and hereby is, **GRANTED**. The Court **STRIKES** Exhibit MM to the Declaration of Bridget Zerner [ECF 186-35] in its entirety, and the Court shall not consider it as evidence in connection with United's pending Motions for Summary Judgment [ECF Nos. 170 and 173].

**SO ORDERED** this ____ day of _______________, 2020.

Hon. Richard B. Farrer
United States Magistrate Judge