**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| MISSION TOXICOLOGY, L.L.C., et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al.,<br><br>    Defendants. | Case No.   5:17-cv-01016<br>            (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>MICHAEL MURPHY, M.D., et al.,<br><br>    Defendants. | Case No.   5:18-cv-00347<br>            (consolidated case) |

**APPENDIX IN SUPPORT OF UNITED'S MOTION TO STRIKE DEFENDANTS'
"DECLARATIONS OF MARKETERS INVOLVED IN LAB OUTREACH PROGRAM"**

| Tab | Description | Pages |
|---|---|---|
| 1. | Declaration of Jeffrey S. Gleason with descriptions of attached exhibits: | APP 1-3 |
| | 1. Excerpt of the deposition transcript of BeauMed Consultants, LLC | APP 4-11 |
| | 2. Excerpt of the deposition transcript of NuMedica Innovations, LLC | APP 12-19 |
| | 3. Excerpt of the deposition transcript of Michelle Waggoner | APP 20-21 |
| | 4. Excerpt of the deposition transcript of Daniel Boone | APP 22-23 |
| | 5. Excerpt of the deposition transcript of Michael Wray | APP 24-25 |
| | 6. Excerpt of the deposition transcript of Michael Murphy | APP 26-27 |

| Tab | Description | Pages |
|-----|-------------|-------|
| | 7. Excerpt of the deposition transcript of Jesse Saucedo | APP 28-30 |
| | 8. BeauMed000575 (filed under seal) | APP 31-38 |
| | 9. LD0189584, LD0189585 and LD0189586 (filed under seal) | APP 39-58 |
| | 10. CTRL0031523 (filed under seal) | APP 59-83 |

Dated: March 30, 2020                    Respectfully submitted,


By*: /s/ Will Bornstein*
Jeffrey S. Gleason
*Admitted Pro Hac Vice*
jgleason@robinskaplan.com
Jamie R. Kurtz
*Admitted Pro Hac Vice*
jkurtz@robinskaplan.com
Nathaniel J. Moore
*Admitted Pro Hac Vice*
nmoore@robinskaplan.com
William Bornstein
*Admitted Pro Hac Vice*
wbornstein@robinskaplan.com
Charles C. Gokey
*Admitted Pro Hac Vice*
cgokey@robinskaplan.com
Ena M. Kovacevic
*Admitted Pro Hac Vice*
ekovacevic@robinskaplan.com

**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Andrew G. Jubinsky
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Timothy A. Daniels
Texas Bar No. 24037663
tim.daniels@figdav.com

2

**FIGARI + DAVENPORT LLP**
901 Main Street, Suite 3400
Dallas, TX 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

*Counsel for UnitedHealthcare Insurance Company, United Healthcare of Texas, Inc., UnitedHealthcare of Florida, Inc., and UnitedHealthcare Services, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of March, 2020, I electronically filed with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

John J.E. Markham, Esq.
jmarkham@markhamread.com
Bridget A. Zerner, Esq.
bzerner@markhamread.com
**MARKHAM & READ**
One Commercial Wharf West
Boston, MA 02110

*/s/ William Bornstein*

4