**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| MISSION TOXICOLOGY, L.L.C., et al., <br><br>     Plaintiffs, <br><br>       v. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al., <br><br>     Defendants. | Case No.   5:17-cv-01016 <br>                 (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al., <br><br>     Plaintiffs, <br><br>       v. <br><br> MICHAEL MURPHY, M.D., et al., <br><br>     Defendants. | Case No.   5:18-cv-00347 <br>                 (consolidated case) |

**DECLARATION OF JEFFREY S. GLEASON IN SUPPORT OF
UNITED'S MOTION TO STRIKE DEFENDANTS' "DECLARATIONS OF
MARKETERS INVOLVED IN LAB OUTREACH PROGRAM"**

I, Jeffrey S. Gleason, declare and state as follows:

1.      I am an attorney at the law firm of Robins Kaplan LLP, the firm representing

UnitedHealthcare Insurance Company, Inc., and UnitedHealthcare Services, Inc., (collectively

"United") in this action. I submit this declaration in Support of United's Motion for Partial

Summary Judgment.

2.      All of the Exhibits discussed below and attached hereto are true and accurate. It

should be noted that, to aid the Court in reviewing the materials, United has attempted to identify

APP 1

portions of the Exhibits United has cited in its Motion by inserting orange highlighting into certain relevant portions of those Exhibits. The highlighting is meant to serve as a guide, and is not a comprehensive indicator of all portions of the Exhibits that relate to the facts discussed in United's Motion.

3.    Attached as Exhibit 1 is a true and correct copy of an excerpt of the 30(b)(6) deposition transcript of BeauMed Consultants, LLC, dated November 26, 2019.

4.    Attached as Exhibit 2 is a true and correct copy of an excerpt of the 30(b)(6) deposition transcript of NuMedica Innovations, LLC, dated November 19, 2019.

5.    Attached as Exhibit 3 is a true and correct copy of an excerpt of the deposition transcript of Michelle Waggoner, dated October 30, 2019.

6.    Attached as Exhibit 4 is a true and correct copy of an excerpt of the deposition transcript of Daniel Boone, dated August 28, 2019.

7.    Attached as Exhibit 5 is a true and correct copy of an excerpt of the deposition transcript of Michael Wray, dated December 9, 2019.

8.    Attached as Exhibit 6 is a true and correct copy of an excerpt of the deposition transcript of Michael Murphy, dated October 8, 2019.

9.    Attached as Exhibit 7 is a true and correct copy of an excerpt of the deposition transcript of Jesse Saucedo, dated October 15, 2019.

10.    Attached as Exhibit 8 is a true and correct copy of the document bearing the Bates number BeauMed000575, produced by third party BeauMed Consultants, LLC.

11.    Attached as Exhibit 9 is a true and correct copy of the documents bearing the Bates numbers LD0189584, LD0189585 and LD0189586 produced by the Michael Murphy, et al. Defendants, marked as deposition exhibit number 229.

APP 3

12.    Attached as Exhibit 10 is a true and correct copy of the document produced by Michael Murphy, et al. Defendants, to which United has assigned the Control Number CTRL0031523 for purposes of this litigation.

I declare under penalty of perjury that, to the best of my knowledge, the statements set forth herein are true and correct.

DATED: March 30, 2020                    /s/ Jeffrey S. Gleason
                                         Jeffrey S. Gleason