# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MISSION TOXICOLOGY, L.L.C., et al.,

CONFIDENTIAL

Plaintiffs,

Case No. 5:17-CV-01016 (lead case)

vs.

UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al.,

Defendants.

UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al.,

Plaintiffs,

Case No. 5:18-CV-00347 (consolidated case)

vs.

MICHAEL MURPHY, M.D., et al.,

Defendants.

VIDEOTAPED DEPOSITION OF DANIEL BOONE

August 28, 2019

TAKEN ON BEHALF OF UNITEDHEALTHCARE INSURANCE COMPANY

REPORTED BY: VESTA L. YORK

JOB NO: 165877

who were doing business with Dr. Murphy?
A. They had or they may have heard about him.
Q. Okay. And did you ever discuss his lab, Mission -- Sun with other people?
A. Yes. Mission -- Sun.
Q. Sun and Mission?
A. Dr. Murphy was probably the initial quote-quote person out in the lab outreach program.
Q. Okay.
A. And I think it was, off the top of my head, maybe with Integrity, okay, that it started off and went south. And then he had -- then he had the other outreach program that he had.
Q. And in your discussions with other people about Sun Lab, did you ever discuss Sun Lab's quality as a lab or its competence as a lab?
A. The -- yes, with a lot of people. But as -- as I was stating earlier, that there are people here that -- there are people here that would be bagging on Dr. Murphy just by hearsay. And do you mind if I give an example?
Q. I really didn't ask you about that.
A. Okay.
Q. I asked whether you heard discussions



about the lab.
A. Yes, but it was running more on -- the Mission part of it was running top notch. People liked to deal more with Mission than they did with Sun. But Dr. Murphy was probably about 50/50 of what -- not so much on the lab part of it but on him.
Q. Do you know why so many people preferred to work with Sun and Mission over some of the other labs that were out there?
A. They thought that Jesse had a better reputation and Jesse was as honest as the day is long and -- and they preferred to deal with Jesse instead of Dr. Murphy.
Q. Okay. In terms of the quality of the labs, did you ever hear anybody talk --
A. No.
(Reporter clarification.)
Q. Did you ever hear anybody talk about the quality of Sun Labs?
A. No. The business they did was good because there was people who were making money with him.
Q. Okay. How about the lab tests, ever hear any complaints about that?



A. No.
Q. Okay. Either Sun or Mission?
A. No.
Q. Do you think that's part of the reason why so many people went to those two labs as opposed to other labs?
MS. KURTZ: Objection. Misstates the testimony. You may answer.
A. Can you rephrase that to me?
Q. Well, you called them the 800-pound gorillas?
A. Yes.
Q. Is that because they were large?
A. They were probably -- they were probably the premier outreach program in the country.
Q. Okay. And do you know why they were?
A. Because they did a lot of business, I think, in the neighborhood of their prime. They were probably doing maybe 30, 40,000.
Q. I didn't ask you how much business they were doing. Why so many people went to them as opposed to --
A. Well, because they were doing it right.
Q. Okay. What do you mean by "right"?



A. They were running the samples in correctly and people were getting paid.
Q. And did you ever hear of any doctors complaining about them?
A. I don't work with doctors so I don't -- can't answer that question.
Q. Okay. Did you ever hear about anybody complaining about the lab results, the accuracy of the lab results?
A. No, not -- no, not of that.
Q. Okay. Now, did you ever have any discussions with Jesse Saucedo about the paying of doctors for referring lab samples to a particular lab for testing?
A. It's a no-no.
Q. I asked you whether you had discussions with him.
A. I can tell you the answer is yes and the answer is no.
Q. Okay. Did you have the discussions with him; yes or no?
A. Yes.
Q. And what did he say in that regard?
A. That's -- if we -- if I ever knew of anybody that did that, you know, then -- to let him