**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| MISSION TOXICOLOGY, L.L.C., et al., | |
| Plaintiffs, | |
| v. | Case No.    5:17-cv-01016 (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al., | |
| Defendants. | |
| | |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al., | |
| Plaintiffs, | |
| v. | Case No.    5:18-cv-00347 (consolidated case) |
| MICHAEL MURPHY, M.D., et al., | |
| Defendants. | |

**APPENDIX IN SUPPORT OF UNITED'S MOTION TO STRIKE DEFENDANTS'
EVIDENCE OF "AUDIT RESPONSES"**

| Tab | Description | Pages |
|---|---|---|
| 1. | Declaration of Jeffrey S. Gleason | APP 1-3 |
| | 1.  Excerpt of United's First Set of Requests for Production to Defendant Integrity Ancillary Management LLC | APP 4-27 |
| | 2.  Excerpt of Integrity Ancillary Management LLC's Responses to United's First Set of Requests for Production | APP 28-65 |
| | 3.  CTRL0020682 (filed under seal) | APP 66-69 |
| | 4.  CTRL0020705 (filed under seal) | APP 70-72 |
| | 5.  CTRL0045761 (filed under seal) | APP 73-75 |

Dated:  March 30, 2020

Respectfully submitted,

By: */s/ William Bornstein*
Jeffrey S. Gleason
*Admitted Pro Hac Vice*
jgleason@robinskaplan.com
Jamie R. Kurtz
*Admitted Pro Hac Vice*
jkurtz@robinskaplan.com
William Bornstein
*Admitted Pro Hac Vice*
wbornstein@robinskaplan.com
Nathaniel J. Moore
*Admitted Pro Hac Vice*
nmoore@robinskaplan.com
Charles C. Gokey
*Admitted Pro Hac Vice*
cgokey@robinskaplan.com
Ena M. Kovacevic
*Admitted Pro Hac Vice*
ekovacevic@robinskaplan.com

**Robins Kaplan LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

and

Andrew G. Jubinsky
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Timothy A. Daniels
Texas Bar No. 24037663
tim.daniels@figdav.com

**Figari + Davenport, LLP**
901 Main Street, Suite 3400
Dallas, TX 75202-3796
Telephone: (214) 939-2000
Facsimile: (214) 939-2030

*Attorneys for*
*UnitedHealthcare Insurance*

2

*Company, Inc., United
Healthcare of Texas, Inc.,
United Healthcare of Florida,
Inc., and United Healthcare
Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of March, 2020, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John J.E. Markham, Esq.
jmarkham@markhamread.com
Bridget A. Zerner, Esq.
bzerner@markhamread.com
**MARKHAM & READ**
One Commercial Wharf West
Boston, MA 02110

/s/ *William Bornstein*
William Bornstein

4