UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION TOXICOLOGY, LLC., and<br>SUN CLINICAL LABORATORY, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, et al.<br><br>*Defendants*. | No. 5:17-CV-01016- DAE (lead case) |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC. and<br>UNITEDHEALTHCARE SERVICES, INC.<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MURPHY, M.D., et al.<br>*Defendants*. | No. 5:18-CV-00347-DAE (consolidated case) |

**LABS' AND LAB DEFENDANTS' SECOND APPENDIX IN OPPOSITION TO UNITED'S MOTIONS TO STRIKE AND IN SUPPORT OF OPPOSITIONS TO UNITED'S MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Local Court Rule CV-7(d)(1), Plaintiffs in Lead Case, Mission Toxicology, LLC and Sun Clinical Laboratory, LLC and Lab Defendants in the Consolidated Case submit the following Second Appendix of declarations and exhibits in support of their Oppositions to United's Motion to Strike Defendants "Declarations of Marketers Involved in Lab Outreach Program (Dkt. No. 201), United's Motion to Strike Defendants' Evidence of "Audit Responses" (Dkt. No. 204), and United's Motion to Strike Portions of the Declarations of Randy Dittmar and Lynn Murphy (Dkt. No. 209) which relate to the Labs' and Lab Defendants' Opposition to United's Motion for Summary Judgment on the Labs' ERISA Benefits Claim (Dkt. No 170) and Opposition to United's Motion for Partial Summary Judgment (Dkt. No 173).

| Ex. | Description | Appendix Pages |
|---|---|---|
| | Declaration of Randy Dittmar | -- |
| | Declaration of Bridget Zerner, Esq. | -- |
| **A2** | United's Rule 26 Initial Disclosures (9/10/2018) and United's Rule 26 Amended Disclosures (10/22/2019) | LDAPP2-01 to 037 |
| **B2** | Sun and Mission's Initial Disclosures and Lab Defendants' Initial Disclosures | LDAPP2-038 to 052 |
| **C2** | United's ESI Search Terms (04/01/2019) | LDAPP2-053 to 054 |
| **D2** | United's Responses to Lab Defendants' First Request for Production of Documents (05/20/2019) | LDAPP2-055 to 080 |
| **E2** | Integrity Ancillary Management's Supplemental Response to Document Requests (04/29/2019) | LDAPP2-081 to 0110 |
| **F2** | Correspondence Between Labs/Lab Defendants' Counsel and United's Counsel Inviting Inspection of Records in San Antonio Email (01/15/2019), Letter (02/06/2019), Letter (07/31/2019) | LDAPP2-0111 to 0122 |
| **G2** | Emails Produced in Discovery Referencing Audits and Audit Responses including Email of 12/19/2016, Bates: LD0091510; Email of 1/15/2017, Bates: LD0106993; Email of 1/9/2017, Bates: LD0223802; Email of 1/16/2017, Bates: LD209433; Email | LDAPP2-0123 to 0132 |

| | | |
|---|---|---|
| | of 1/24/2017, Bates: LD0151343 | |
| **H2** | Excerpt of the Deposition of Dr. Michael Murphy taken on October 8, 2019 | LDAPP2-0133 to 0136 |
| **I2** | Excerpt of the Deposition of Samantha Murphy taken on October 10, 2019 | LDAPP2-0137 to 0145 |
| **J2** | Email of 5/9/2017 produced in discovery and marked as Deposition Exhibit 95 | LDAPP2-0146 to 0149 |
| **K2** | Email of 5/22/2017 produced in discovery and marked as Deposition Exhibit 96 | LDAPP2-0150 to 0151 |
| **L2** | Excerpt of the Deposition of Lynn Murphy taken on October 16, 2019 | LDAPP2-0152 to 0160 |
| **M2** | Email of 12/20/2016 Produced in Discovery and Marked as Deposition Exhibit 137 | LDAPP2-0161 to 0162 |
| **N2** | Email of 2/21/2017 produced by United in discovery (Bates UHS_Mission00017978) and marked as Deposition Exhibit 316 **FILED UNDER SEAL** | LDAPP2-0163 |
| **O2** | Email Correspondence between Lab Defendants' Counsel and United's Counsel Regarding Appeals Documentation Not Reflected on Spreadsheets Produced by United (January 2020) | LDAPP2-0164 to 0167 |
| **P2** | Excerpt of the deposition of Lynn Murphy as the 30(b)(6) representative for Integrity Ancillary Management, LLC on March 5, 2020 | LDAPP2-0168 to 0177 |
| **Q2** | Declaration of Michael Wray, Laboratory Director at Newman Memorial Hospital during PCH Management, Marked as Deposition Exhibit 262 | LDAPP2-0178 to 0179 |

Dated: April 13, 2020

Respectfully submitted,

MARKHAM & READ
*/s/ John J.E. Markham, II*
John J.E. Markham, II (MA BBO No. 638579)
Bridget A. Zerner (MA BBO No. 669468)
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329

jmarkham@markhamread.com
bzerner@markhamread.com
*Counsel for Defendants (Pro Hac Vice)*

HORNBERGER FULLER & GARZA INCORPORATED
David W. Navarro
Cassie Garza Matheson
David Jed Williams
7373 Broadway, Suite 300
San Antonio, Texas 78209
Tel: (210) 271-1700
dnavarro@hfgtx.com
cmatheson@hfgtx.com
jwilliams@hfgtx.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2020, that the foregoing document and the accompanying declarations and exhibits were served on all counsel of record by electronic mail through the CM/ECF system.

By: */s/ Bridget A. Zerner*
Bridget A. Zerner